UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LINDA MARIE SMITH,                    No. 2:08-cv-01485-MCE-GGH

    Plaintiff,

  v.                                  MEMORANDUM AND ORDER

WINCO FOODS, LLC,

    Defendant.

In light of Plaintiff's withdrawal of the disclosure of her non-retained expert (Docket No. 30), Defendant's Motion to Strike (Docket No. 20) is DENIED as moot. The hearing scheduled August 27, 2009, at 2:00 p.m. in Courtroom 7 is hereby vacated.

IT IS SO ORDERED.

Dated: August 21, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1